UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

    Plaintiff,

v.

LEONARD A. PELULLO

    Defendant.

Crim. No. 94-276 (DRD)
Civ. No. 01-124 (DRD)

**ORDER**

Petitioner, Leonard A. Pelullo, having moved for the appointment of counsel in connection with his "Motion for the Court to Exercise its Supervisory Power to Dismiss the Indictment or Grant a New Trial and to Initiate Disbarment Proceedings Against the Prosecutor and Hold Those Prosecutors in Contempt for Violating the Courts Orders;" and the present motion arising out of litigation that has been ongoing for at least 17 years; and Petitioner being as familiar as any person with the complex facts and documents that are relevant to this case, and Petitioner having been provided with, and having had the assistance of, the ablest and most diligent of counsel during the previous phase of this litigation, during which the legal and factual issues related to those raised in the present Motion were resolved; and Petitioner being knowledgeable of the relevant law and highly skilled in presenting in writing submissions his factual contentions and legal arguments; and the Court finding that Petitioner is fully capable of prosecuting his motion without the further assistance of counsel;

IT is this 30th day of November, 2011 **ORDERED as follows:**

1. Petitioner's Motion for Appointment of Counsel is denied.

2. Petitioner shall have 30 days from his receipt of this order to respond to the

government's request that the Court dismiss Petitioner's "Motion for the Court to Exercise its Supervisory Power, to Dismiss the Indictment or Grant a New Trial and to Initiate Disbarment Proceedings Against the Prosecutor and Hold Those Prosecutors in Contempt for Violating the Courts Orders."

3. The government shall have 30 days from its receipt of Petitioner's response to the government's request to respond to Petitioner's response.

DICKINSON R. DEBEVOISE
U.S.S.D.J.